■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MENA, Appellant. [655 NYS2d 969] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered October 16, 1995, convicting him of illegal possession of a vehicle identification number, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence supporting his conviction for illegal possession of a vehicle identification number was legally insufficient is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Tallarine,* 223 AD2d 738). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Friedmann, J. P., Florio, McGinity and Luciano, JJ., concur.